THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN KRONICK, Alias KENNETH MEYER, Alias JAMES RAWLINS, Alias KENNETH LEY, Alias KENNETH HUNDING, Alias KENNETH HUNDRED, Alias WOLCOTT WRIGHT, Appellant.

Argued March 3, 1955; decided March 11, 1955.

*Francis C. Leffler* for appellant.

*Joseph F. Gagliardi, District Attorney* (*Leonard Rubenfeld* of counsel), for respondent.

Orders reversed and matter remitted to the County Court, Westchester County, with direction to vacate and set aside the sentence imposed upon defendant as a fourth felony offender by that court on May 29, 1950, and to dismiss as a basis for multiple offender treatment previous convictions had in the State of Maryland in 1933 for violations of the Code of Public General Laws, 1924 (art. 27, § 36), and in the State of Delaware in 1938 for violation of chapter 150 of the Revised Code of Delaware, 1935 (§ 5192), and to resentence the defendant as a second felony offender (Penal Law, § 1941). It appears that the crimes for which those convictions were had, as defined by the respective statutes of those States, would not be felonies if

committed in New York (Penal Law, §§ 402, 403, 404, 405; *People ex rel. Marsh* v. *Martin,* 284 App. Div. 156, affd. 308 N. Y. 823; *People* v. *Olah,* 300 N. Y. 96). No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.